A. L. Clark & Company, Inc., plaintiff in error, v. Charles Levy Company, defendant in error. Gen. No. 25,305.

Motion for an appeal from an order setting aside a default judgment. Denied. Error to the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in this court at the October term, 1919. Reversed. Opinion filed November 4, 1920.

Moses, Rosenthal & Kennedy, for plaintiff in error; Hirsch E. Soble, of counsel. B. M. Shaffner, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

John E. Shatford, appellant, v. Miles J. Votava, appellee. Gen. No. 25,319.

Action on a check. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in this court at the October term, 1919. Reversed and judgment here. Opinion filed November 4, 1920.

Miller, Starr, Brown, Packard & Peckham, for appellant; Thomas McCall, of counsel. Edward L. England, for appellee; Glenn P. Sayers, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Jennie J. Leemon and Harry C. Leemon, plaintiffs in error, v. Jeannette Leytze, defendant in error. Gen. No. 25,335.

Action by landlord to recover for house furnishings and wood taken by tenant. Judgment for nominal damages. Error to the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920.

Harry C. Leemon, for plaintiffs in error. No appearance for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Lewis Hohmann, appellant, v. Christopher Mamer et al., appellees. Gen. No. 25,351.

Bill for a partnership accounting. Bill dismissed. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920.

Spencer Ward, for appellant. Charles A. Williams, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

Alphons H. Gits and Remi J. Gits, trading as Gits Brothers Manufacturing Company, plaintiffs in error, v. Henry Ullrich and Emmet F. McElroy, defendants in error. Gen. No. 25,367.

Bill to rescind a land contract for fraud. Bill dismissed. Error to the Circuit Court of Cook county; the Hon. M. W. Pinckney, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920.

Haase, Hanley & Howard, for plaintiffs in error. Morton T. Culver and Hoyne, O'Connor & Irwin, for defendants in error.

Mr. Justice Thomson delivered the opinion of the court.